UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY PARKS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER BRIAN SABO, SGT. DARRELL COOK, CHRIS LANZANTE, SGT. STEVEN STRUBBERG, OFFICER SCOTT STROUD, OFFICER NICOLE LIEBIG, OFFICER MATTHEW GREEN, OFFICER MICHAEL RIPPERDA, SGT. THOMAS MESEY, BRANDY NICHOLS, LPN, and BARBARA RODRIGUEZ, LPN,<br><br>Defendants. | Case No. 18-cv-540-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** July 19, 2019

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**